

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-17-00695-CR

William Leonard **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4620
Honorable Lorina I. Rummel, Judge Presiding

## **O R D E R**

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20TH day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court